IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NEWSMAX BROADCASTING, LLC,

    *Plaintiff*

  v.

FOX CORPORATION AND FOX NEWS NETWORK, LLC,

    *Defendants*.

No. 3:25-cv-770

Hon. William M. Conley

**DEFENDANTS' MOTION TO TRANSFER VENUE**

Defendants Fox Corporation and Fox News Network, LLC (collectively, "Fox") move to transfer this action to the United States District Court for the Southern District of Florida, pursuant to 28 U.S.C. § 1404(a). The grounds and reasons for this Motion are set forth in greater detail in the accompanying Memorandum of Law.

DATED: September 22, 2025

                                                 Respectfully submitted,

                                                 */s/ Ryan J. Walsh*
Ryan J. Walsh
**EIMER STAHL LLP**
10 East Doty Street
Suite 621
Madison, WI 53703
Telephone: 608.620.8346
rwalsh@eimerstahl.com

Bradley J. Bondi*
Michael F. Murray*
Benjamin W. Snyder
Ronald K. Anguas
**Application for Admission Submitted*

**PAUL HASTINGS LLP**
2050 M Street NW
Washington, DC 20036
Telephone: 202.551.1700
bradbondi@paulhastings.com
michaelmurray@paulhastings.com
bensnyder@paulhastings.com
ronaldanguas@paulhastings.com

***Attorneys for Defendants***

-2-