IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NEWSMAX BROADCASTING, LLC,<br><br>    *Plaintiff*<br><br>    v.<br><br>FOX CORPORATION AND FOX NEWS NETWORK, LLC,<br><br>    *Defendants*. | No. 3:25-cv-770<br><br>Hon. William M. Conley |

**DEFENDANTS' MOTION TO STAY DISCOVERY**

    Defendants Fox Corporation and Fox News Network, LLC (collectively, "Fox"), by undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(c) and this Court's inherent authority, hereby move this Court for an order staying discovery in this case until after the Court has resolved Fox's pending motion to transfer and motion to dismiss. The grounds and reasons for this Motion are set forth in greater detail in the accompanying Memorandum of Law.

DATED:  January 6, 2026

Respectfully submitted,

*/s/ Ryan J. Walsh*___

| | |
|---|---|
| Bradley J. Bondi<br>Michael F. Murray<br>Benjamin W. Snyder<br>Ronald K. Anguas<br>**PAUL HASTINGS LLP**<br>2050 M Street NW<br>Washington, DC 20036<br>Telephone: 202.551.1700<br>bradbondi@paulhastings.com<br>michaelmurray@paulhastings.com<br>bensnyder@paulhastings.com<br>ronaldanguas@paulhastings.com | Ryan J. Walsh<br>Amy Miller<br>**EIMER STAHL LLP**<br>2 East Mifflin Street<br>Suite 703<br>Madison, WI 53703<br>Telephone: 608.620.8346<br>rwalsh@eimerstahl.com<br>amiller@eimerstahl.com<br><br>Paul T. Cappuccio<br>Patrick F. Philbin<br>Cody L. Reaves<br>**TORRIDON LAW PLLC**<br>801 17th Street NW, Suite 1100<br>Washington, DC 20006<br>Telephone: 202.249.6900<br>pcappuccio@torridonlaw.com<br>pphilbin@torridonlaw.com<br>creaves@torridonlaw.com |

**Attorneys for Defendants**