**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

|  |  |
|---|---|
| NEWSMAX BROADCASTING, LLC,<br><br>         *Plaintiff,*<br><br>   v.<br><br>FOX CORPORATION and<br>FOX NEWS NETWORK, LLC,<br><br>         *Defendants.* | Case No. 3:25-cv-770-WMC<br><br>Hon. William M. Conley |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION
FOR CLARIFICATION AND MAGISTRATE
RESOLUTION OF PENDING MOTION TO TRANSFER**

Plaintiff Newsmax Broadcasting, LLC ("Newsmax") opposes Defendants' Motion for Clarification and Magistrate Resolution of Pending Motion to Transfer. The parties have long understood that Judge Conley would adjudicate the transfer motion, and nothing in the course of this case has suggested otherwise. Fox itself acknowledges (at 2) that Judge Boor put the parties on notice of this on January 13, 2026, nearly three months ago.

Fox has not suffered material prejudice from the absence of a ruling on the transfer motion to date. Fox concedes (at 4), "Judge Boor has been actively and efficiently managing this case." Fox identifies no unique hardship warranting relief. Fox's assertion (at 3) that "burdensome and extensive discovery . . . is well under way" is difficult to square with the actual record. Fox has yet to produce even a single document to date. To the extent that any disputes arise concerning discovery burdens, scope, or timing in the future, Judge Boor can address those issues in the ordinary course.

The Court should deny Fox's motion.

Dated: April 13, 2026.

Respectfully submitted,

*s/ Jennifer L. Gregor*
Jennifer L. Gregor
**GODFREY & KAHN, S.C.**
One East Main Street, Suite 500
Madison, WI 53703
Phone: (608) 257-3911
jgregor@gklaw.com

Michael J. Guzman (*pro hac vice*)
**KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.**
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 326-7910
mguzman@kellogghansen.com

*Attorneys for Plaintiff Newsmax Broadcasting, LLC*